Elizabeth M. McBride
McBRIDE LAW OFFICE
28 W Indiana Suite G
Spokane, WA 99205
(509) 838-0435

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                                       )
                                             )   No. 15-02877-FPC13
Robert Edward Cline                          )
                                             )   OBJECTION TO
                     Debtors.                )   MOTION FOR RELIEF
                                             )   FROM STAY

COMES NOW the above-named debtor by and through his attorney, Elizabeth M. McBride, and objects to the Motion for Relief from Stay as to debtor's residence. The basis of this objection is that the Debtor has filed a modification to place the current mortgage payment and the arrears in the chapter 13 plan and bring them current.

Dated this 31 day of July, 2017

_____
Elizabeth M. McBride WSBA #16035

OBJECTION TO MOTION FOR
RELIEF FROM STAY

ELIZABETH M. MCBRIDE, P.S.
A Professional Service Corporation
28 West Indiana Avenue, Suite G
Spokane, Washington 99205
(509) 838-0435
Fax (509) 327-2810