Elizabeth M. McBride
McBRIDE LAW OFFICE
28 W Indiana Avenue
Spokane, WA 99205
(509) 838-0435

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

*In re:*

Robert Edward Cline JR

                Debtors.

No. 15-02877-FPC13

DEBTOR'S MODIFICATION

    Debtor modifies the Plan previously filed in these proceedings in the following respects: Debtors shall make payments of $912.74 for 23 months, then $3510.70 for 37 months commencing 08/01/2017. The base of the plan shall be $150,890.77.

    This modification is to provide for the monthly payment on the debtor's mortgage to Ditech in the monthly amount of $1,965.07 to be paid by the trustee under plan paragraph III.A.2. The trustee shall also make a payment on the post petition arrears to Ditech under plan paragraph III.A.5 without interest on the balance claimed on the Motion for Relief From Stay in the amount of $32,333.12. Ditech shall cease its practice of not sending monthly mortgage statements to the debtor. Statements being sent to the debtor's attorney with no information as to payments due or past due are not helpful to anyone. The above Modification of Debtor's Plan does not adversely affect the rights of creditors and therefore no notice is given.

    DATED this 31st day of July, 2017

                                              MCBRIDE LAW OFFICE

                                              Elizabeth M. McBride
                                              WSBA No. 16035

Debtor's Modification

ELIZABETH M. MCBRIDE, P.S.
A Professional Service Corporation
28 West Indiana Avenue, Suite G
Spokane, Washington 99205
(509) 838-0435
Fax (509) 327-2810