Elizabeth M. McBride
McBRIDE LAW OFFICE
28 W Indiana Avenue
Spokane, WA 99205
(509) 838-0435

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

*In re:*

Robert Edward Cline JR

        Debtors.

No. 15-02877-FPC13

DEBTOR'S MODIFICATION

    Debtor modifies the Plan previously filed in these proceedings in the following respects: Debtors shall make payments of $912.74 for 23 months, then $3,510.70 for 37 months. The base of the plan shall be $150,890.77.

    This modification is to provide for the Trustee to make the current monthly mortgage payment on Ditech Financial commencing 09/01/2017 in the amount of $1,979.93 as a continuing claim under III.A.2.b per the proof of claim filed by Ditech Financial.

    The above Modification of Debtor's Plan does not adversely affect the rights of creditors and therefore no notice is given.

  DATED this 25th day of August, 2017

MCBRIDE LAW OFFICE

_____
Elizabeth M. McBride
WSBA No. 16035

Debtor's Modification

ELIZABETH M. MCBRIDE, P.S.
A Professional Service Corporation
28 West Indiana Avenue, Suite G
Spokane, Washington 99205
(509) 838-0435
Fax (509) 327-2810

15-02877-FPC13    Doc 52    Filed 08/25/17    Entered 08/25/17 08:53:12    Pg 1 of 1