Fill in this information to identify the case:

Debtor 1    Robert Edward Cline

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____Eastern_____ District of __Washington__
                                                                        (State)

Case number   2:15-bk-02877-FPC13

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Chalet Properties III, LLC

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 5616 ___ ___

**Property address:**
1714 S. Park Road
Number    Street

_____

Spokane, WA 99212
City          State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    07 / 01 / 2020
                                                               MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                             (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.                                         (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/____/____
                       MM / DD / YYYY

| Debtor 1 | Robert Edward Cline | | | Case number (*if known*) 2:15-bk-02877-FPC13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Michelle R. Ghidotti-Gonsalves, Esq.
Signature

Date  7/ 30/ 2020

Print __Michelle R. Ghidotti-Gonsalves__
      First Name    Middle Name    Last Name

Title Authorized Agent for Secured Creditor

Company __Ghidotti Berger, LLP__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __1920 Old Tustin Avenue__
        Number    Street

__Santa Ana, CA  92705__
City            State    ZIP Code

Contact phone (949) 427 – 2010

Email __bknotifications@ghidottiberger.com__

## CERTIFICATE OF SERVICE

On July 30, 2020, I served the foregoing document described as *Response to Notice of Final Cure* on the following individuals by electronic means through the Court's ECF program:

**COUNSEL(S) FOR DEBTOR(S)**

Elizabeth M McBride         lisa@lisamcbride.com,  lisa@lisamcbride.com

**TRUSTEE/TRUSTEE(S) COUNSEL(S)**

Daniel H Brunner         noreply@spokane13.org
US Trustee         USTP.REGION18.SP.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker

On July 30, 2020, I served the foregoing documents described as *Response to Notice of Final Cure* on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, FL enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**Robert Edward Cline**
1714 S. Park
Spokane, WA 99212

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker